```
                                    Entered on Docket
                                    February 24, 2025
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


1  Susan D. Silveira SBN # 169630          Signed and Filed: February 24, 2025
   Silveira Law Offices
2  2037 W. Bullard Avenue #311(mail only)
   Fresno, CA 93711-1200
3  Phone (408) 265-3482
   Fax (408) 265-7479
4  silveiralaw@earthlink.net
                                           _____
5  Attorney for Debtors                    **HANNAH L. BLUMENSTIEL**
   Albert John Ignacio                     **U.S. Bankruptcy Judge**
6  Tracy Anne LeBlanc

7

8

9

10                 UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

12  IN RE:                         )    CHAPTER 13
                                   )
13  ALBERT JOHN IGNACIO            )    CASE NO.  24-50870 HLB
                                   )
14  TRACY ANNE LEBLANC             )    ORDER ON OBJECTION TO CLAIM
                                   )
15                                 )    CLAIMANT: DANIELLE GALVAN
                         Debtors   )    CLAIM NO. 18
16  _____  )

17
        Upon consideration of the AMENDED REQUEST FOR DEFAULT ORDER RE
18  OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

19      IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered
    and the Objection is sustained. Claim No. 18 filed on August 16, 2024 by Danielle Galvan is:
20
    $____  Allowed as a secured claim in the amount of:      $_____.
21  $____  Allowed as an unsecured claim in the amount of:   $_____.
    $____  Allowed as a priority claim in the amount of:     $_____.
22   X    Disallowed in its entirety.

23  ___  _____.

                             ** END OF ORDER **
24

25

26

27

28

COURT SERVICE LIST