Devin Derham-Burk, Esq. #104353
Chapter 13 Standing Trustee
Nanette Dumas, Esq. #148261
Jane Z. Bohrer, Exq. #243692
P.O. Box 50013
San Jose, CA 95150-0013
Telephone:    (408) 354-4413
Facsimile:    (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>**ALBERT JOHN IGNACIO and TRACY ANNE LeBLANC,**<br><br><br><br><br><br><br>**Debtors.** | CHAPTER 13 CASE NO. 24-50870 HLB<br><br>**WITHDRAWAL OF NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE PRE-CONFIRMATION PURSUANT TO 11 U.S.C. § 1307(c)**<br>**(with attached certificate of service)**<br><br>Hearing Date: March 5, 2025<br>Hearing Time: 11:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place:   Telephonic or Video Only |

The Chapter 13 Trustee, Devin Derham-Burk ("Trustee"), hereby withdraws the Notice of Hearing, which the Trustee previously filed on February 18, 2025, [Docket #65], regarding the Trustee's Motion to Dismiss Case Pre-Confirmation pursuant to 11 U.S.C. § 1307(c). The Debtors are close to resolving the Trustee's remaining issues. Trustee will file a new Notice of Hearing to set the matter for a later calendar if Debtors' efforts prove to be unsuccessful.

Date: February 24, 2025

/s/ *Jane Z. Bohrer*_____
Attorney for the Chapter 13 Trustee

# Certificate of Service

I am not less than 18 years of age and not a party to the within case. My business address is 105 Cooper Court, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

On February 24, 2025, a true and accurate photocopy of the following described document:

**WITHDRAWAL OF NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE PRE-CONFIRMATION PURSUANT TO 11 U.S.C. § 1307(c)**

was placed for service in the Trustee's internal mail collection system in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

**Albert John Ignacio**
**Tracy Anne LeBlanc**
**1109 Piedmont Avenue**
**Pacific Grove, CA 93950**

DEBTORS

In addition, registered ECF participants, including but not limited to Debtors' Counsel, Susan Silveira of the Silveira Law Offices, as well as parties who have requested Special Notice in this case, will be served by receipt from the Clerk of the Court of an electronic transmission of the Notification of Electronic Filing regarding the foregoing documents upon their filing on February 24, 2025.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on February 24, 2025 in Los Gatos, California.

/s/ *Jane Z. Bohrer*